UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICKY RAMOS,

        Plaintiff,

v.                                Case No.  8:16-cv-2108-T-33MAP

CHARLOTTE RUSSE, INC.,

        Defendant.
_____/

**ORDER**

This matter comes before the Court pursuant to pro se Plaintiff Ricky Ramos' "Request for Process of Service" (Doc. # 7), which was filed on August 17, 2016.  The Court denies the Motion as follows.

**Discussion**

Ramos initiated this Telephone Consumer Protection Act case against Charlotte Russe on July 21, 2016, and accompanied the Complaint with an Application to Proceed In Forma Pauperis. (Doc. ## 1, 2).  On August 9, 2016, the Court entered an Order granting Ramos' request to proceed In Forma Pauperis. (Doc. # 6).  In that Order, as to service of process, the Court directed Ramos "to complete and return a 'Summons in a Civil Case' form for the Defendant to the Clerk within twenty (20) days, whereupon the United States Marshal is directed to serve these summonses upon the appropriate parties." (Id. at 3).

Thus, the Court's Order authorizing Ramos to proceed In Forma Pauperis established August 29, 2016, as the deadline for Ramos to complete the Summons forms and provide them to the Clerk's Office.  Before the expiration of that deadline, Ramos has filed his "Request for Process of Service" in which he "respectfully petitions this court to have the defendant served by the United State Marshall Office as per U.S.C. § 1915." (Doc. # 7).

The Court takes this opportunity to explain to Ramos that the Court has already determined that it is appropriate to direct the United States Marshal to serve the Defendant; however, before that can be accomplished, Ramos must fill out the appropriate Civil Summons forms and provide the forms to the Clerk's Office.  To the extent Ramos is asking to be excused from the requirement that he provide completed forms to the Clerk's Office, that request is denied.

Accordingly, it is hereby

**ORDERED, ADJUDGED,** and **DECREED:**

(1)  Plaintiff Ricky Ramos' "Request for Process of Service" (Doc. # 7) is **DENIED.**

(2)  Ramos is directed to comply with the Court's August 9, 2016 Order (Doc. # 6) by returning completed civil

2

summons forms to the Clerk's office by August 29, 2016.

**DONE** and **ORDERED** in Chambers, in Tampa, Florida, this 19th day of August, 2016.

_____
VIRGINIA M. HERNANDEZ COVINGTON
UNITED STATES DISTRICT JUDGE

3