UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

RICKY RAMOS,
an individual,

Case No.: 8:16-cv-02108-VMC-MAP

      Plaintiff,
v.

CHARLOTTE RUSSE, INC.,
a foreign profit corporation,

      Defendant.
_____/

**NOTICE OF SETTLEMENT AND**
**NOTICE OF DISMISSAL WITH PREJUDICE**

**COMES NOW**, Plaintiff, RICKY RAMOS ("Plaintiff"), by and through the undersigned counsel pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) and Middle District of Florida, Local Rule 3.08, and hereby files this *Notice of Settlement and Notice of Dismissal with Prejudice*. Pursuant to Plaintiff's settlement with CHARLOTTE RUSSE, INC. (hereinafter, "Defendant"), Plaintiff states as follows:

1. Plaintiff and Defendant reached a confidential settlement in the above-styled case.

2. Plaintiff hereby dismisses his claims with prejudice.

3. By agreement, the Parties shall bear their own attorneys' fees and costs.

4. To the extent the Court treats the foregoing as a Motion, pursuant to Middle District of Florida Local Rule 3.01(g), the undersigned certifies he consulted with Defendant's counsel, and Defendant agrees to the relief sought herein.

Submitted this 28th day of December 2016.

Respectfully submitted,

**LEAVENLAW**

/s/ *Aaron M. Swift*
**Ian R. Leavengood, Esq., FBN 010167**
**Aaron M. Swift, Esq., FBN 093088**
**Gregory H. Lercher, Esq., FBN 106991**
**Sara J. Weiss, Esq., FBN 115637**
Northeast Professional Center
3900 First Street North, Suite 100
St. Petersburg, FL 33703
Phone: (727) 327-3328
Fax: (727) 327-3305
consumerservice@leavenlaw.com
aswift@leavenlaw.com
glercher@leavenlaw.com
sweiss@leavenlaw.com
*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 28, 2016, I filed a true and correct copy of the above and foregoing *Notice of Settlement and Notice of Dismissal with Prejudice* via CM/ECF which will electronically serve counsel of record:

Justin L. Dees, Esq.
Trenam Law
200 Central Avenue, Suite 1600
St. Petersburg, FL 33701
JDees@trenam.com
*Attorneys for Defendant*

/s/ *Aaron M. Swift*
Attorney